UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ELEKTA LTD. and WILLIAM BEAUMONT HOSPITAL,

        Plaintiff(s),                Case No.

v.                                                Judge

VARIAN MEDICAL SYSTEMS, INC.        Magistrate Judge

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

    Pursuant to E. D. Mich. LR 83.4, Elekta Ltd.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Elekta AB
   Relationship with Named Party: Elekta Ltd. is a wholly owned subsidiary of Elekta AB

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: June 15, 2015                /s/ Andrew S. Rosenman

                                      P54869
                                      Mayer Brown LLP
                                      71 South Wacker Drive
                                      Chicago, IL  60606
                                      (312) 701-8744
                                      arosenman@mayerbrown.com