MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Elekta Ltd. and William Beaumont Hospital

Plaintiff(s),

Case No. 2:15-cv-12169

v.

Judge  Avern Cohn

Varian Medical Systems, Inc.

Magistrate Judge  Mona K. Majzoub

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, William Beaumont Hospital

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐       No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐       No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: June 15, 2015

/s/J. Michael Huget

P39150
Honigman Miller Schwartz and Cohn, LLP
130 S. First Street
4th Floor
Ann Arbor, MI 48103
734-418-4254
mhuget@honigman.com