UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| ELEKTA, LTD. and, <br> WILLIAM BEAUMONT HOSPITAL, <br>       Plaintiffs, <br> v. <br> VARIAN MEDICAL SYSTEMS, <br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:15-cv-12169-AC-MKM <br><br> Judge Avern Cohn <br><br> Magistrate Judge Mona K. Majzoub |

## **APPEARANCE FOR PLAINTIFF ELEKTA, LTD.**

Please enter our appearance on behalf of Plaintiff Elekta, Ltd. in the above-captioned matter.

                MAYER BROWN LLP

Dated:  July 9, 2015           By: /s/ Andrew S. Rosenman
                                            Andrew S. Rosenman (P54869)
                                            arosenman@mayerbrown.com
                                            71 South Wacker Drive
                                            Chicago, Illinois  60606
                                            Phone:  (312) 782-0600
                                            Fax:  (312) 701-7711

                                            Of Counsel:
                                            Theresa M. Gillis
                                            tgillis@mayerbrown.com
                                            Brian A. Rosenthal
                                            brosenthal@mayerbrown.com
                                            B. Clayton McCraw
                                            cmccraw@mayerbrown.com
                                            MAYER BROWN LLP
                                            1221 Avenue of the Americas
                                            New York, NY  10011
                                            Phone:  (212) 506-2500
                                            Fax:  (212) 262-1910

                                            and

2

Amanda K. Streff
astreff@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 782-0600
Fax: (312) 701-7711

716720377.1