# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELEKTA LTD., and<br><br>WILLIAM BEAUMONT HOSPITAL,<br><br>                Plaintiffs,<br><br>v.<br><br>VARIAN MEDICAL SYSTEMS, INC.,<br><br>                Defendant. | Case No.: 2:15-cv-12169-AC-MKM<br><br>Hon. Avern Cohn<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF CHANGE OF ADDRESS

I, J. Michael Huget, hereby certify that as of September 28, 2015, my mailing address and contact information is as follows:

> J. Michael Huget
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, Michigan 48108
> Phone: 734-418-4254
> Fax: 734-418-4255
> Email: mhuget@honigman.com

Respectfully submitted,


By: __/s/ J. Michael Huget__
     J. Michael Huget (P39150)
Honigman Miller Schwartz and Cohn LLP
315 East Eisenhower Parkway
Suite 100
Ann Arbor, Michigan 48108
Phone:  734-418-4254
Fax:  734-418-4255
Email:  mhuget@honigman.com

2

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Change of Address was filed electronically with the Court on October 7, 2015.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                          */s/ J. Michael Huget*_____
                                          J. Michael Huget (P39150)
                                          Honigman Miller Schwartz and Cohn LLP
                                          315 East Eisenhower Parkway
                                          Suite 100
                                          Ann Arbor, Michigan 48108
                                          Phone:  734-418-4254
                                          Fax:  734-418-4255
                                          Email:  mhuget@honigman.com